No. 00–1868. GREEN v. BELLERIVE CONDOMINIUMS LIMITED PARTNERSHIP. Ct. Sp. App. Md. Certiorari denied.

No. 00–1869. FUSARO v. HIALEAH HOUSING AUTHORITY; and No. 01–169. JIMENEZ v. HIALEAH HOUSING AUTHORITY. C. A. 11th Cir. Certiorari denied. Reported below: 232 F. 3d 213.

No. 00–1870. FULLER v. RAYBURN ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1871. MANNING, A MINOR, BY HIS FATHER AND NEXT FRIEND, MANNING, ET AL. v. SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1872. NESET v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–1873. IN RE KITTRELL. Sup. Ct. Cal. Certiorari denied.

No. 00–1874. FREYESLEBEN v. FAIRFAX COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1876. CITIZENS BANK OF WESTON, INC. v. CITY OF WESTON. Sup. Ct. App. W. Va. Certiorari denied.

No. 00–1877. CONTRERAS v. SUNCAST CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1879. ROSS v. MADDOX, ASSOCIATE JUSTICE, SUPREME COURT OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1880. PICHARDO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–1881. MUSCHETTE v. SIVLEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1883. JOHNSTON v. MONROE COUNTY COURT. C. A. 7th Cir. Certiorari denied.